**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* __2-18-20169__    Chapter __11__

■ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Gates Community Chapel of Rochester, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Freedom Village USA**<br>**DBA  Operation Mercy** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **16-1055934** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5275 State Route 14**<br>**Lakemont, NY 14857**<br><u>Number, Street, City, State & ZIP Code</u> | **PO Box 24**<br>**Lakemont, NY 14857**<br><u>P.O. Box, Number, Street, City, State & ZIP Code</u> |
| **Yates**<br><u>County</u> | Location of principal assets, if different from principal place of business<br><br><u>Number, Street, City, State & ZIP Code</u> |

5. Debtor's website (URL)    https://www.freedomvillageusa.com

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>8131</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | | Relationship _____ |
| District | _____ | When | _____ | Case number, if known _____ |

**11. Why is the case filed in** *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $1,000,001 - $10 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $10,000,001 - $50  million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $50,000,001 - $100 million | ☐ More than $50 billion |
| | ☐ $100,000,001 - $500 million | |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  6, 2018**
MM / DD / YYYY

**X** **/s/ Fletcher A. Brothers**
Signature of authorized representative of debtor

**Fletcher A. Brothers**
Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Mike Krueger, Esq.**
Signature of attorney for debtor

Date **March  6, 2018**
MM / DD / YYYY

**Mike Krueger, Esq.**
Printed name

**Dibble & Miller, P.C.**
Firm name

**55 Canterbury Rd.**
**Rochester, NY 14607**
Number, Street, City, State & ZIP Code

Contact phone   **585-271-1500**   Email address   **mjk@dibblelaw.com**

**NY**
Bar number and State

Fill in this information to identify the case:

Debtor name **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **2-18-20169**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 6, 2018**          X **/s/ Fletcher A. Brothers**
                                              Signature of individual signing on behalf of debtor

                                              **Fletcher A. Brothers**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor



Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gates Community Chapel of Rochester, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **2-18-20169** |

■ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amerigas PO Box 371473 Pittsburgh, PA 15250-7473 | | Propane | | | | $13,699.00 |
| Cardinal Carriers & Disposal PO Box 175 Dundee, NY 14837 | | Refuse | | | | $6,673.64 |
| David, Gregory and Barbara Leach C/O Schlather, Stumbar, Parks & Salk P.O. Box 353 Ithaca, NY 14851-0353 | | Settlement | | | | $45,000.00 |
| Exceed Marketing Solutions, LLC 15954 Jackson Creek Pkwy Suite B #582 Monument, CO 80132 | | Advertising | | | | $6,000.00 |
| Gammon & Grange, PC 8280 Greensboro Dr Mc Lean, VA 22102 | | Professional services | | | | $6,568.00 |
| Great Lakes Radio Detroit 2994 E. Grand Blvd. Detroit, MI 48202 | | Advertising | | | | $8,250.00 |
| Midway Truck & Equipment Sales Po Box 3 Lakemont, NY 14857 | | Vehicle repairs | | | | $3,431.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy



| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mr. Phillip Bunn 114 Braiwood Rd. Brampton, Ontario L6Z4L9 CANADA | | Loan | | | | $50,000.00 |
| Ms. Johanna Vaccaro 1505 Maple Road Buffalo, NY 14221 | | Loan | | | | $5,000.00 |
| Ms. Lisa LaMothe 704 Valley Woods Rd. Bolton Landing, NY 12814 | | Loan | | | | $10,000.00 |
| Ms. Patricia Grabianowski 2651 Harlem Rd. Buffalo, NY 14225-4019 | | Loan | | | | $2,500.00 |
| NYS Department of Labor Larissa C. Bates, Esq. W.A. Harriman Campus Building 12; Room 509 Albany, NY 12240 | | Alleged unpaid wages, interest & penalties | Disputed | | | $1,523,834.19 |
| NYSEG P.O. Box 5240 Binghamton, NY 13902-5240 | | Utilities | | | | $9,930.00 |
| Spectrum 71 Mt Hope Ave Rochester, NY 14620 | | Cable services | | | | $3,591.00 |
| The Life FM PO Box 25051 Greenville, SC 29616 | | Advertising | | | | $12,890.00 |
| Verizon Wireless 500 Technology Drive Suite 550 Saint Charles, MO 63304 | | Telephone | | | | $2,663.00 |
| W20 131 Port Watson St. Cortland, NY 13045 | | Water pump work | | | | $5,200.00 |
| WLNL Radio 3134 Lake Rd. Horseheads, NY 14845 | | Advertising | | | | $4,200.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy



| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WSIV/WVOA Radio 7095 Myers Rd. East Syracuse, NY 13057** | | Advertising | | | | $25,000.00 |
| **Your Cause 6111 W. Plano Parkway Suite 1000YC Plano, TX 75093** | | Software | | | | $4,263.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



Case 2-18-20169-PRW    Doc 17    Filed 03/09/18    Entered 03/09/18 12:33:40    Desc Main
              Document      Page 8 of 51

Fill in this information to identify the case:

Debtor name    **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    **2-18-20169**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................  $     **8,861,900.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................  $     **28,355.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................  $     **8,890,255.00**

| Part 2: | Summary of Liabilities |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $     **1,184,403.49**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $     **2.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$     **1,756,408.83**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                 $     **2,940,814.32**

Fill in this information to identify the case:

Debtor name  **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  **2-18-20169**

☑ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Elmira Savings Bank** | **Checking** | 0346 | $25,619.00 |
| 3.2. | **Elmira Savings Bank** | **Checking** | 0437 | $1,074.00 |
| 3.3. | **Community Bank** | **Checking** | 9693 | $111.00 |
| 3.4. | **PayPal** | **Online** | | $1,551.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$28,355.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **300 Chickens; 32 Horses** | $0.00 | | To be Determined |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Gehl 4635 SX Skid Loader; Massey Ferguson 180 Tractor; Manure Spreader; Farming Tools and Implements** | $0.00 | | To be Determined |
| 31. | **Farm and fishing supplies, chemicals, and feed** **Farm grains & hay** | $0.00 | | To be Determined |
| 32. | **Other farming and fishing-related property not already listed in Part 6** **20 Saddles** | $0.00 | | To be Determined |

33.　　**Total of Part 6.**

> To be Determined

　　　　Add lines 28 through 32. Copy the total to line 85.

34.　　**Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　　　☐ No
　　　　☐ Yes

35.　　**Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
     ☑ No
     ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br>      **See attached list - Exhibit "A"** | $0.00 | | To be Determined |
| 40.   **Office fixtures** <br>      **See attached list - Exhibit "A"** | $0.00 | | To be Determined |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br>      **See attached list - Exhibit "A"** | $0.00 | | To be Determined |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.      | To be Determined |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ☑ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|      47.1.   **See attached list - Exhibit "B"** | $0.00 | | To be Determined |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

> **To be Determined**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.   **127 East Fourth St., Watkins Glen, NY 14891**<br><br>**Church Building**<br><br>**Property Tax ID: 65.54-1-29** | Fee simple | $0.00 | Tax records | $367,100.00 |
| 55.2.   **5275 NY Route 14, Lakemont, NY 14857**<br><br>**Main Campus 151.5 Acres with buildings; 1,167' Seneca Lake frontage**<br><br>**Property Tax ID: 121.02-1-58** | Fee simple | $0.00 | Tax records | $6,500,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.3.  **6055 NY Route 14, Rock Stream, NY 14878**<br><br>**3.70 Acres with warehouse**<br><br>**Property Tax ID: 131.02-1-27** | Fee simple | $0.00 | Tax records | $160,000.00 |
| 55.4.  **NY Route 14, Lakemont, NY 14857**<br><br>**5 Acres - runs between Rt. 14 & Lakemont-Himrod Rd.**<br><br>**3 houses on Lakemont-Himrod Rd. side of property, 1 house on Rt. 14 side of property**<br><br>**Property Tax ID: 121.02-1-44** | Fee simple | $0.00 | Tax records | $20,000.00 |
| 55.5.  **6053 NY Route 14, Rock Stream, NY 14878**<br><br>**1 Acre with single family house**<br><br>**Property Tax ID: 131.02-1-28** | Fee simple | $0.00 | Tax records | $95,000.00 |
| 55.6.  **4999 Lakemont-Himrod Rd., Lakemont, NY 14857**<br><br>**33.30 Acres with single family house**<br><br>**Property Tax ID: 121.02-1-24** | Fee simple | $0.00 | Tax records | $200,000.00 |
| 55.7.  **5065 Lakemont-Himrod Rd., Lakemont, NY 14857**<br><br>**> 1 Acre with single family house**<br><br>**Property Tax ID: 121.02-1-29** | Fee simple | $0.00 | Tax records | $38,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.8. | **6189 Old Lake Rd., Rock Stream, NY 14857**<br><br>**1 Acre with single family house**<br><br>**Property Tax ID: 131.04-1-12** | Fee simple | $0.00 | Tax records | $60,000.00 |
| 55.9. | **5612 NY Route 14, Lakemont, NY 14857**<br><br>**1.40 Acres with single family house**<br><br>**Property Tax ID: 128.04-1-2** | Fee simple | $0.00 | Tax records | $130,000.00 |
| 55.10. | **586 Rock Stream Rd., Rock Stream, NY 14878**<br><br>**75.00 Acres with single family house**<br><br>**Property Tax ID: 131.01-1-16** | Fee simple | $0.00 | Tax records | $366,300.00 |
| 55.11. | **638 Rock Stream Rd., Rock Stream, NY 14878**<br><br>**285.56 Acres Farm property**<br><br>**Property Tax ID: 130.04-1-9** | Fee simple | $0.00 | Tax records | $925,000.00 |
| 55.12. | **4 Elizabeth St., Dundee, NY 14837**<br><br>**Single Family Home (Ownership status to be determined)**<br><br>**Property Tax ID: 120.02-1-9** | TBD | $0.00 | | To be Determined |

| | | | | | |
|---|---|---|---|---|---|
| 55.13 | **711 South St.,**<br>**Himrod, NY 14842**<br><br>**Single Family Home**<br>**(Ownership status to**<br>**be determined)**<br><br>**Property Tax ID:**<br>**99.28-1-14** | **TBD** | **$0.00** | | **To be Determined** |

---

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$8,861,900.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**https://www.freedomvillageusa.com** | **$0.00** | | **To be Determined** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Mailing list, including names and addresses** | **$0.00** | | **To be Determined** |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill**<br>**Goodwill** | **$0.00** | | **To be Determined** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **To be Determined** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities**<br>**Hazard, liability, automobile, worker compensation,**<br>**unemployment** | **Policy Limits** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
|  | **Possible claims to be investigated** | **To be Determined** |
|  | Nature of claim |  |
|  | Amount requested          **To be Determined** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |

78.    **Total of Part 11.**                                                    | **To be Determined** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,355.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | To be Determined | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | To be Determined | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | To be Determined | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $8,861,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | To be Determined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + To be Determined | |
| 91. **Total.** Add lines 80 through 90 for each column | $28,355.00 | + 91b. $8,861,900.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,890,255.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Case 2-18-20169-PRW    Doc 17    Filed 03/09/18    Entered 03/09/18 12:33:40    Desc Main
Document          Page 18 of 51

Exhibit A

Exhibit A

Exhibit A

DOCUMENT SEPARATOR PAGE

Exhibit A

Exhibit A

Exhibit A

Exhibit A



Name Helen Denker

Department Procurement & Equine Office Rm. 104

| # of | Item Description |
|------|------------------|
| 1 | 5 ft Metal desk - 1 middle draw - 2 side desws |
| 1 | 5 ft Metal desk - 1 middle draw - 4 side desws |
| 1 | 36 in wood metal computer desk |
| 1 | Samsung SyncMaster 900 IP computer |
| 2 | Speakers computer |
| 1 | Tower Computer |
| 1 | HP Deskjet 1100 Printer |
| 1 | 40 in metal table |
| 1 | 5 ft Metal Cabinet 4 desws 1 center compadment |
| 2 | Folding metal chaves - leather cushions |
| 1 | Multi Junctional blue Computer chaic |
| 1 | Cloth desk chaic |
| 1 | Comidal Phone |
| 9 | Pictures |
| 1 | Mouse for computer |
| | |
| | |
| | |
| | |
| | |

Name Helen Deukler                          Rm. 103

Department Procurement & Equine Office

| # of | Item Description |
|------|------------------|
| 1 | 48 inch table wood & metal |
| 1 | 32 inch table wood |
| 1 | 5 ft. Metal Desk - 5 drawer. 1 center desk |
| 1 | 5 ft. Metal cabinet - 4 drawers 1 center compartmen |
| 1 | 3 ft. Cork board |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Name _Michelle Wead_

Department
Jeremy's, Michelle's + Pastor's Office

| # of | Item Description |
|------|------------------|
| 3 | Desks |
| 5 | Filing Cabinets    Metal 3 Drawer |
| 1 | Filing Cabinet    Wooden 2 Drawer |
| 1 | Computer Screen |
| 4 | Computers |
| 3 | Printers |
| 1 | Fax, Scan, Copy Printer |
| 2 | Filing Cabinet    Metal 2 Drawer |
| 4 | Office Chairs |
|  | Conference Table + Chairs |
| 1 | Small fridge |
| 1 | computer |
| 1 | desk |
| 1 | chair |
| 1 | filing cabinet - 2 drawer wooden |
|  | |
|  | |
|  | |
|  | |
|  | |

Chapel Area:

19 Pews
9 Chairs (Red)
3 chairs behind Pulpit
Pulpit + front low Pulpit
Piano + ~~Keyboard~~
3 plants
4 Blue curtains behind pulpit
Keyboard + Stand
Screen + Stand
Cross
American Flag
Christian Flag
3 large speakers
72 Hymnals
Projector
Side table brown by Kyboard.
Dry Erase board + Easel.
Glass Pulpit

Sound Equipment -
TV
Monitor
Microphones
Sound board?

Coffee Room:

Couch + matching
2 Loveseats
Blue chair
Bookcase
Coffee Cart
Coffee maker
Clock
Side table w/ lamp
Air conditioner
6 throw pillows
Lamp

Back
Sewing Room:

20 Sewing Machines - old
desk
Bookcase
2 Filing cabinets of fabrics
Button jar
Plastic Bins w/ threads

Front Sewing Room:

Christmas Decorations
5 Sewing tables
1 Red chair

February 19, 2018

Exam room #1, 1 exam table
1 storage cabinet
1 cubby & 2 shelves
1 stool
1 pt chair
1 doctor chair

Exam room #2, 1 exam table
1 table (like an end table)
1 supply cabinet
1 exam lamp
1 pt chair
1 doctor chair

In hall — 1 attached doctor desk
2 bar stools
1 chair
1 cabinet, glass doors on top, metal doors on bottom

file office    10 tall file cabinets
2 med. file cabinet
1 small file cabinet
4 box files

Nurses office — 1 desk
2 attached desks
1 small file cabinet
1 small rolling table
1 stool                                    over

2 chairs ē wheels
1 chair
1 sm file cabinet
1 sm end table
1 hight/weight scale
1 floor scale

Waiting area
6 chairs
1 end table
1 lamp

in doc hall — 1 table ē micro wave ~~wave~~ on top
1 dorm fridge

Med room
1 wooden desk
1 cabinet.

Boy's Learning Ctr.

26 – DELL  LATITUDE D30 COMPUTERS

4- GTX COMPUTER MONITERS

1-HP

2-  CIRCULAR 5' WOODEN TABLES

3- 6' RECTANGULAR WOODEN TABLES

2- 8' PLASTIC RECTANGULAR TABLES

31- ATTACHED WOODEN CUBICLES

23- CHAIR DESK COMBO'S

32 – GREY PADDED OFFICE CHAIRS

174- BLUE PADDED OFFICE CHAIRS

1-  STAINLESS STEEL COMPUTER CABINENT
2-  ALIMINUM FILING CABINENTS
1-  STEEL SHELVING UNIT
1-  HP LASER JET 1112 COLOR PRINTER
1-  US MAP LAMINATED
1-  PERIODIC TABLE OF ELEMENTS

Boy's Dorm.

24 ~~30~~ dressers
30 ~~chair~~ beds
17 wardrobes.
9 couches
2 desks
2 office chairs

Girls Dorm:

~~Single beds~~
~~Bunk beds~~
~~Dressers~~
~~Wardrobes~~

Girls Dorm office:
Filing Cabinet
Desk
Computer
Small fridge

Couches - 6

Chairs - ~~NN~~ ~~NNN~~ ~~NNN~~ ~~NN~~ ~~NN~~ ~~NN~~ III 33

Single beds: ~~NNN~~ ~~NNN~~ ~~NNN~~ ~~NN~~ I = 21

bunk beds: ~~NNN~~ II            6

dressers: ~~NNN~~ ~~NNN~~ ~~NNN~~ ~~NNN~~ ~~NNN~~      25

Wardrobes: ~~NNN~~ II            7

2 sofa chairs -            2

Exhibit B

Exhibit B

Exhibit B

DOCUMENT SEPARATOR PAGE

Exhibit B

Exhibit B

Exhibit B

Exhibit B

| YEAR | MAKE/MODEL | VIN |
|------|------------|-----|
| 1992 | FORD, F150 | 1FTEF14Y4NNA10101 |
| 1996 | FORD, F150 | 1FTEF15N1TLA16564 |
| 1997 | FORD, F350 | 1FTJX35F4VEC86282 |
| 1985 | FORD, F8000 | 1FDYK87UOFVA49968 |
| 2001 | FORD, F350 | 1FDWF36F61ED73601 |
| 1997 | FORD, F350 | 1FTJW35F6VEB36113 |
| 2008 | FORD, F250 | 1FTSW21Y48EC07660 |
| 2006 | FORD, F150 | 1FTPX14576NB57509 |
| 2007 | FORD, F150 | 1FTPX14507PA27955 |
| 2011 | FORD, E350 | 1FBSS3BL2BDA11853 |
| 2007 | FORD, TAURUS | 1FAFP53U67A214213 |
| 2006 | FORD, F250 | 1FTSVV21P46EB97426 |
| 2007 | FORD, FOCUS | 1FAFP34N97VV212437 |
| 2002 | DODGE, RAM, B3500 | 2B5VVB35Z22K135603 |
| 1999 | DODGE, RAM, B3500 | 2B5VVB35Z9XK566270 |
| 2016 | CHEVY, SUBURBAN | 1GNSKJKC2GR180708 |
| 2007 | CHEVY, SUBURBAN | 1GNFK16387J313613 |
| 2002 | CHEVY, G3500 | 1GAHG39G621152502 |
| 2004 | GMC, SIERRA | 2GTEC13TX41303824 |
| 2006 | GMC, YUKON | 1GKEK13T16J110073 |
| 1999 | OLDS, SILHOUETTE | 1GHDX03E3XD249541 |
| 2002 | INTERNATIONAL, 4300 | 1HTMMAAL62H528962 |
| 1996 | NTTRL, 1500 | 1MDDEBN1OTG775996 |
| 2003 | CARMATE TRAILER | 5A3C510S53L001497 |
| 2007 | CALIC TRAILER | 4GAHC242571000217 |
| 2008 | CALIC TRAILER | 1GAHC262881000971 |
| 1996 | DIAMOND TRAILER | 4EYSG1620T1214717 |
| 2008 | TRAIL TRAILER | 29SH726258P031016 |

■ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **David Weiford**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**586 Rock Stream Rd., Rock Stream, NY 14878**<br><br>**75.00 Acres with single family house** | $42,000.00 | $366,300.00 |
| **165 Merritt Lane**<br>**Luttrell, TN 37779**<br>Creditor's mailing address | **Property Tax ID: 131.01-1-16**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Estate of Emerson Frey**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All real property** | $688,588.58 | $8,861,900.00 |
| **C/O Quintin Frey, Executor**<br>**3521 Anchor Rd.**<br>**Washington Boro, PA**<br>**17582-9604**<br>Creditor's mailing address | Describe the lien<br>**Judgment Lien**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**2016** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |



| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Lawrence T. O'Reilly** | Describe debtor's property that is subject to a lien | $453,814.91 | $925,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **638 Rock Stream Rd., Rock Stream, NY 14878** | | |
| | Thomas J. O'Reilly C/O Donald A. Schneider, Esq. 307 Liberty St. Penn Yan, NY 14527 | **285.56 Acres Farm property** | | |
| | | **Property Tax ID: 130.04-1-9** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Mortgage Foreclosure Judgment** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | 2017 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Yates County Treasurer** | Describe debtor's property that is subject to a lien | $0.00 | $8,861,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **All real property** | | |
| | 415 Liberty St. Penn Yan, NY 14527 | | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Listed for Notice - all real property tax exempt** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,184,403.49**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Morgenstern DeVoesick PLLC**<br>**Vivek Thiagarajan, Esq.**<br>**1080 Pittsford Victor Rd, Suite 200**<br>**Pittsford, NY 14534** | Line __2.2__ | |

---

Debtor name    **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)   **2-18-20169**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**IRS**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1.00 | $1.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**NYS Department of Taxation & Finance**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1.00 | $1.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Gates Community Chapel of Rochester, Inc.** | | Case number (if known) | **2-18-20169** |
|---|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,699.00 |
|---|---|---|---|

**Amerigas**
PO Box 371473
Pittsburgh, PA 15250-7473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Propane**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,673.64 |
|---|---|---|---|

**Cardinal Carriers & Disposal**
PO Box 175
Dundee, NY 14837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Refuse**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**David, Gregory and Barbara Leach**
C/O Schlather, Stumbar, Parks & Salk
P.O. Box 353
Ithaca, NY 14851-0353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2010**

Basis for the claim: **Settlement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,886.00 |
|---|---|---|---|

**DJRA Broadcasting**
4243 Albany St.
Albany, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. James Winkler**
210 Montour St.
Montour Falls, NY 14865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Medical services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.00 |
|---|---|---|---|

**Eastview Veterinary Clinic PC**
PO Box 237
Penn Yan, NY 14527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Veterinary services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Exceed Marketing Solutions, LLC**
15954 Jackson Creek Pkwy
Suite B #582
Monument, CO 80132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,568.00 |
| --- | --- | --- | --- |

**Gammon & Grange, PC**
8280 Greensboro Dr
Mc Lean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Professional services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.00 |
| --- | --- | --- | --- |

**Great Lakes Radio Detroit**
2994 E. Grand Blvd.
Detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Advertising__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,990.00 |
| --- | --- | --- | --- |

**Himrod Farm Supply**
3141 Himrod Rd.
Himrod, NY 14842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Farm supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| --- | --- | --- | --- |

**Lacy Katzen, LLP**
David MacKnight, Esq.
130 East Main St.
Rochester, NY 14692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Listed for Notice__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,358.00 |
| --- | --- | --- | --- |

**Maines Paper & Food Services**
PO Box 642530
Pittsburgh, PA 15264-2530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,431.00 |
| --- | --- | --- | --- |

**Midway Truck & Equipment Sales**
Po Box 3
Lakemont, NY 14857

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Vehicle repairs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
| --- | --- | --- | --- |

**Mr. Phillip Bunn**
114 Braiwood Rd.
Brampton, Ontario  L6Z4L9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Ms. Johanna Vaccaro**
**1505 Maple Road**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2017**

Basis for the claim:   **Loan**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Ms. Lisa LaMothe**
**704 Valley Woods Rd.**
**Bolton Landing, NY 12814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2017**

Basis for the claim:   **Loan**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Ms. Patricia Grabianowski**
**2651 Harlem Rd.**
**Buffalo, NY 14225-4019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2017**

Basis for the claim:   **Loan**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,523,834.19 |
|---|---|---|---|

**NYS Department of Labor**
**Larissa C. Bates, Esq.**
**W.A. Harriman Campus**
**Building 12; Room 509**
**Albany, NY 12240**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **2014**

Basis for the claim:   **Alleged unpaid wages, interest & penalties**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**NYS Unemployment**
**ATTN: Insolvency Unit**
**State Office Building Campus**
**Building 12, Room 256**
**Albany, NY 12240**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **Listed for Notice**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,930.00 |
|---|---|---|---|

**NYSEG**
**P.O. Box 5240**
**Binghamton, NY 13902-5240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2017**

Basis for the claim:   **Utilities**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sammy Feldman, Esq.**
**3445 Winton Place**
**Suite 228**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **Listed for Notice**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2-18-20169-PRW    Doc 17    Filed 03/09/18    Entered 03/09/18 12:33:40    Desc Main
Document     Page 36 of 51

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,591.00 |
|---|---|---|---|

**3.22**

Nonpriority creditor's name and mailing address

Spectrum
71 Mt Hope Ave
Rochester, NY 14620

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cable services**

Is the claim subject to offset? ■ No ☐ Yes

$3,591.00

---

**3.23**

Nonpriority creditor's name and mailing address

The Daily News
217 N. Franklin St.
Watkins Glen, NY 14891

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

$148.00

---

**3.24**

Nonpriority creditor's name and mailing address

The Life FM
PO Box 25051
Greenville, SC 29616

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

$12,890.00

---

**3.25**

Nonpriority creditor's name and mailing address

US Monitor
86 Maple Ave.
New City, NY 10956

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

$82.00

---

**3.26**

Nonpriority creditor's name and mailing address

Verizon Wireless
500 Technology Drive
Suite 550
Saint Charles, MO 63304

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Telephone**

Is the claim subject to offset? ■ No ☐ Yes

$2,663.00

---

**3.27**

Nonpriority creditor's name and mailing address

W20
131 Port Watson St.
Cortland, NY 13045

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Water pump work**

Is the claim subject to offset? ■ No ☐ Yes

$5,200.00

---

**3.28**

Nonpriority creditor's name and mailing address

Watertown Savings Bank
111 Clinton St.
Watertown, NY 13601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Listed for Notice**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---



| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|------|------|------|------|
| | **WLNL Radio** | ☐ Contingent | |
| | 3134 Lake Rd. | ☐ Unliquidated | |
| | Horseheads, NY 14845 | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: **Advertising** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|------|------|------|------|
| | **WSIV/WVOA Radio** | ☐ Contingent | |
| | 7095 Myers Rd. | ☐ Unliquidated | |
| | East Syracuse, NY 13057 | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: **Advertising** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,263.00 |
|------|------|------|------|
| | **Your Cause** | ☐ Contingent | |
| | 6111 W. Plano Parkway | ☐ Unliquidated | |
| | Suite 1000YC | ☐ Disputed | |
| | Plano, TX 75093 | Basis for the claim: **Software** | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|------|
| 4.1 | **Industrial Board of Appeals** **State Office Building Campus** **Building 12, Room 116** **Albany, NY 12240** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Office of the Attorney General** **144 Exchange Boulevard** **Rochester, NY 14614-2176** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.3 | **U.S. Attorney's Office** **100 State St.** **Suite 500** **Rochester, NY 14614** | Line **2.1** ☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|------|------|------|------|
| 5a. Total claims from Part 1 | 5a. | $ | 2.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,756,408.83 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,756,410.83 |

Fill in this information to identify the case:

Debtor name     **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    **2-18-20169**

☐ Check if this is an
amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or
lease is for and the nature
of the debtor's interest

     State the term remaining

     List the contract number of
any government contract

2.2    State what the contract or
lease is for and the nature
of the debtor's interest

     State the term remaining

     List the contract number of
any government contract

2.3    State what the contract or
lease is for and the nature
of the debtor's interest

     State the term remaining

     List the contract number of
any government contract

2.4    State what the contract or
lease is for and the nature
of the debtor's interest

     State the term remaining

     List the contract number of
any government contract

Fill in this information to identify the case:

Debtor name **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **2-18-20169**

■ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                                   *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | Gifts/Donations | $1,879,143.22 |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | Gifts/Donations | $1,840,041.66 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- | --- |
   | 3.1. | **Various** | November 25, 2017 - February 23, 2018 | To be Determined | ☑ Secured debt<br>☑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☑ Other **Various payments as reflected in the debtor's books and records, including pre-petition bank statements.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Various** | **November 25, 2017 - February 23, 2018** | **To be Determined** | **Various payments as reflected in the debtor's books and records, including pre-petition bank statements.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Estate of Emerson Frey vs. Gates Community Chapel of Rochester, Inc., et al. 12-0032; 12-0031** | **Contract** | **Yates County Supreme Court 415 Liberty St. Penn Yan, NY 14527** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. **Lawrence T. O'Reilly & Thomas J. O'Reilly vs. Gates Community Chapel of Rochester, Inc., et al. 17-0075** | **Foreclosure** | **Yates County Supreme Court 415 Liberty St. Penn Yan, NY 14527** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **David, Gregory & Barbara Leach vs. Gates Community Chapel of Rochester, Inc., et al. 10-263** | **Civil** | **Cortland County Supreme Court 46 Greenbush St. Cortland, NY 13045** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Case 2-18-20169-PRW    Doc 17    Filed 03/09/18    Entered 03/09/18 12:33:40    Desc Main
Document          Page 42 of 51



**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Various** | **Debtor provides support for numerous ministry outreach, support of its youth programs and orphans in Ukraine.** | **Ongoing throughout the years** | **To be Determined** |
| | Recipients relationship to debtor | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Frozen pipe damage to copier machine** | **None yet** | **1/4/18** | **To be Determined** |
| **Frozen pipes and radiators at church** | **None yet** | **1/9/18** | **To be Determined** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **February 5, 2018 - $23,660.35** | |
| | **Dibble & Miller, P.C. 55 Canterbury Rd. Rochester, NY 14607** | **Retainer $35,000; Filing Fee $1,717** | **February 22, 2018 - $13,056.65** | **$36,717.00** |
| | Email or website address **mjk@dibblelaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

    ### Names and addresses

    Does the debtor have a privacy policy about that information?
    ☑ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy




23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Virginia C. Kinne<br>5275 State Route 14<br>Lakemont, NY 14857** | **August 2009 -<br>Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Gates Community Chapel of Rochester<br>PO Box 24<br>Lakemont, NY 14857** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Fletcher A. Brothers | 5275 State Route 14<br>Lakemont, NY 14857 | President/Founder | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Virginia C. Kinne | 5275 State Route 14<br>Lakemont, NY 14857 | Secretary/Treasurer | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Peter Kinne | 5275 State Route 14<br>Lakemont, NY 14857 | Deacon | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Jonathan Hemple | 5275 State Route 14<br>Lakemont, NY 14857 | Deacon | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Donald Stover | 6189 Old Lake Rd.<br>Rock Stream, NY 14878 | Deacon | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- [✓] No
- [ ] Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- [ ] No
- [✓] Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Virginia C. Kinne<br>5275 State Route 14<br>Lakemont, NY 14857 | $18,200 | February 2017-February 2018 | W-2 wages |
| | Relationship to debtor<br>Secretary/Treasurer | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- [✓] No
- [ ] Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                             **Employer Identification number of the parent corporation**

---

**Part 14:   Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 6, 2018**

**/s/ Fletcher A. Brothers**                  **Fletcher A. Brothers**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

## United States Bankruptcy Court
### Western District of New York

In re    **Gates Community Chapel of Rochester, Inc.**      Case No.    **2-18-20169**

                                       Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 6, 2018**                      **/s/ Fletcher A. Brothers**

                                              **Fletcher A. Brothers/President**
                                              Signer/Title

Amerigas
PO Box 371473
Pittsburgh, PA 15250-7473


Cardinal Carriers & Disposal
PO Box 175
Dundee, NY 14837


David Weiford
165 Merritt Lane
Luttrell, TN 37779


David, Gregory and Barbara Leach
C/O Schlather, Stumbar, Parks & Salk
P.O. Box 353
Ithaca, NY 14851-0353


DJRA Broadcasting
4243 Albany St.
Albany, NY 12205


Dr. James Winkler
210 Montour St.
Montour Falls, NY 14865


Eastview Veterinary Clinic PC
PO Box 237
Penn Yan, NY 14527


Gammon & Grange, PC
8280 Greensboro Dr
Mc Lean, VA 22102


Himrod Farm Supply
3141 Himrod Rd.
Himrod, NY 14842


Lacy Katzen, LLP
David MacKnight, Esq.
130 East Main St.
Rochester, NY 14692


Maines Paper & Food Services
PO Box 642530
Pittsburgh, PA 15264-2530



Midway Truck & Equipment Sales
Po Box 3
Lakemont, NY 14857


Mr. Phillip Bunn
114 Braiwood Rd.
Brampton, Ontario  L6Z4L9
CANADA


Ms. Johanna Vaccaro
1505 Maple Road
Buffalo, NY 14221


Ms. Lisa LaMothe
704 Valley Woods Rd.
Bolton Landing, NY 12814


Ms. Patricia Grabianowski
2651 Harlem Rd.
Buffalo, NY 14225-4019


NYSEG
P.O. Box 5240
Binghamton, NY 13902-5240


Spectrum
71 Mt Hope Ave
Rochester, NY 14620


US Monitor
86 Maple Ave.
New City, NY 10956


Verizon Wireless
500 Technology Drive
Suite 550
Saint Charles, MO 63304


W20
131 Port Watson St.
Cortland, NY 13045


Watertown Savings Bank
111 Clinton St.
Watertown, NY 13601