# United States Bankruptcy Court
## Western District of New York

In re  **Gates Community Chapel of Rochester, Inc.**                    Case No.  **2-18-20169**
                                   Debtor(s)                             Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ 1,879,143.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $ 160,000.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 36,360.00 |
| 4. Payroll Taxes | 1,545.23 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 2,133.33 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 7,200.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 3,500.00 |
| 10. Rent (Other than debtor's principal residence) | 2,710.00 |
| 11. Utilities | 34,176.31 |
| 12. Office Expenses and Supplies | 4,650.92 |
| 13. Repairs and Maintenance | 4,500.00 |
| 14. Vehicle Expenses | 6,563.31 |
| 15. Travel and Entertainment | 5,901.59 |
| 16. Equipment Rental and Leases | 105.00 |
| 17. Legal/Accounting/Other Professional Fees | 4,400.00 |
| 18. Insurance | 7,749.08 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Radio & Postage** | 35,569.85 |

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ 157,064.62 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 2,935.38 |