UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In re:

    Gates Community Chapel of Rochester, Inc.     CHAPTER 11
    d/b/a Freedom Village USA
    d/b/a Operation Mercy

    Debtor.     BK No.: 18-20169

**APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT
OF GALVIN REALTY GROUP, INC. AS REAL ESTATE BROKER**

The Debtor-in-Possession, Gates Community Chapel of Rochester, Inc. (the "Debtor") by and through its counsel, Dibble & Miller, P.C., and in support of its Application for an Order authorizing the employment of Galvin Realty Group, Inc. (the "Broker"), in accordance with 11 U.S.C. §§ 327 and 328, and Fed. R. Bankr. P. 2014, as the Debtor's real estate broker for the sale of some real property located in and around Yates County, State of New York, states as follows:

    1.     The Debtor filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on February 23, 2018. The Debtor continues to conduct its business and affairs as a debtor-in-possession. No official committee has been appointed by the Office of the United States Trustee.

    2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

    3.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

    4.     This Motion is a "core" proceeding as the term is defined under 28 U.S.C. § 157(b)(2).

    5.     The Debtor is a not-for-profit corporation formed under Article 8 of the New York Religious Corporation Law, with a principal place of business located at 5275 State Rt. 14,

- 1 -

Filename: \\Gwdntserver\Documents\mjk\My Documents\G\Gates Community Chapel of Rochester, Inc\Appoint Realtor\Application.docx
Locator: 3/20/18//MJK//5//

Case 2-18-20169-PRW    Doc 32    Filed 03/22/18    Entered 03/22/18 13:39:59    Desc Main
Document    Page 1 of 8

Town of Lakemont, County of Yates, State of New York, 14857. The Debtor is a Christian religious organization.

6. By this Application, the Debtor seeks authorization to employ the Broker to act as listing agent for sale of some real property located in and around Yates County, State of New York. The Debtor owns significant real property that is not necessary for its operations, and intends to market some of its real property for sale in order to generate sufficient funds to pay all allowed claims in full.

7. Debtor intends to bring additional applications to employ real property professionals including appraiser, surveyor and architect. As reflected in the schedules, the Debtor owns over 1,100' of undeveloped lakefront along Seneca Lake, in addition to significant acreage that could be sold as tillable farmland, available for vineyards, residential developments and/or commercial enterprises such as wineries or other similar uses to take advantage of the prime location in the heart of the Finger Lakes region, some of which is along the Seneca Lake Wine Trail.

8. The Debtor believes that the employment of Broker is its best interests. Broker has stated its desire and willingness to act in this case and render the necessary professional brokerage services with respect to the real property intended to be marketed. The Broker has the requisite experience and skill to properly market the real property on a nationwide basis. The Debtor believes that national exposure of this prime real property would maximize return for the estate. The professional experience and qualification of the Broker is attached hereto as Exhibit "A".

9. Filed with this Application are the Affidavits of John "Thomas" Galvin, Jr. and Meredith L. Galvin-Silverman. The Debtor believes that the employment of Broker pursuant to

- 2 -

Filename: \\Gwdntserver\Documents\mjk\My Documents\G\Gates Community Chapel of Rochester, Inc\Appoint Realtor\Application.docx
Locator: 3/20/18//MJK//5//

Case 2-18-20169-PRW    Doc 32    Filed 03/22/18    Entered 03/22/18 13:39:59    Desc Main
Document    Page 2 of 8

11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 is proper, appropriate, and in the best interests of the estate.

10. The Debtor has agreed to compensate Broker for its services on a percentage basis in accordance with Broker's ordinary and customary rates for services of this type; six percent (6%) of the sales price which commission, consistent with agreements entered into in the real estate profession, will be paid ½ to Broker and ½ to the buyer's agent unless otherwise agreed and approved by the Court. Broker has not received any retainer in this matter and will be paid from the proceeds of the sale of the Properties, after the sale is approved by the Court. All fees of Broker in this case will be subject to allowance by the Court and will be paid only after approval by the Court.

11. To the best of the Debtor's knowledge, Broker does not represent nor have connections with any parties in this case, and does not hold or represent an interest adverse to the estate in connection with the employment proposed by this Application, as set forth in the Affidavits of John "Thomas" Galvin, Jr. and Meredith L. Galvin-Silverman..

WHEREFORE, the Debtor respectfully requests that this Court grant the relief requested herein, and for such other and further relief as is just and proper.

Dated: March 20, 2018

Dibble & Miller, P.C.

BY: /s/ Mike Krueger, Esq.
Mike Krueger, Esq.
55 Canterbury Rd.
Rochester, New York 14607
(585) 271-1500

- 3 -

Filename: \\Gwdntserver\Documents\mjk\My Documents\G\Gates Community Chapel of Rochester, Inc\Appoint Realtor\Application.docx
Locator: 3/20/18//MJK//5//

Case 2-18-20169-PRW    Doc 32    Filed 03/22/18    Entered 03/22/18 13:39:59    Desc Main
Document    Page 3 of 8

Exhibit A

Exhibit A

Exhibit A

DOCUMENT SEPARATOR PAGE

Exhibit A

Exhibit A

Exhibit A

Exhibit A

John "Thomas" Galvin, Jr.
CCIM, MAI, CPM
*President*
tgalvin308@gmail.com



Meredith L. Galvin-Silverman
*Vice President*
merisilver@yahoo.com

## PROFESSIONAL QUALIFICATIONS
of
**JOHN "THOMAS" GALVIN, JR.,**
CCIM, MAI, CPM
President

**PROFESSIONAL MEMBERSHIPS:**

| | |
|---|---|
| Member | Realtors National Marketing Institute (CCIM) |
| Member | Appraisal Institute (MAI)* |
| Member | Certified Member of the Institute of Real Estate Management (CPM) |
| Past President | Institute of Real Estate Management |
| Realtor Member | Real Estate Board of Rochester |
| Past Chairman | Management Committee of the Real Estate Board of Rochester |

**EDUCATION:**

Graduate of University of Rochester – B.S. Degree; Major in Economics, Minor in Business Administration Banking and Mathematics.

**SPECIALIZED EDUCATION:**

Institute of Real Estate Management sponsored seminars:
  -Practical Methods for Successful Property Management (Boston)
  -Analysis and Management of Investment Property (Dallas)
  -The Feasibility Study Condominium and Cooperative
  -Development Management
  -Managing the Management Office
  -Office Building Leasing, Development and Management

*The Appraisal Institute conducts a voluntary program of continuing education for its designated members. MAIs who meet standards of this program are awarded periodic educational certification. <u>I am certified under this program.</u>

Appraisal Institute sponsored seminars:
  -Principles of Real Estate Appraisers I (Ohio State University)
  -Urban Properties II (University of Georgia)
  -Techniques and Mathematics of Capitalization VI (University of Georgia)
  -Investment Analysis VI

GALVIN REALTY GROUP, INC.
Investment | Commercial and Industrial Real Estate | Property Management | Appraisal and Tax Consulting
339 East Avenue, Suite 400, Rochester, NY 14604 | O. (585) 546-1290 | F. (585) 546-1294

Case 2-18-20169-PRW    Doc 32    Filed 03/22/18    Entered 03/22/18 13:39:59    Desc Main
Document      Page 5 of 8

# GALVIN REALTY GROUP, INC.

Realtors National Marketing Institute sponsored courses:
- Real Estate Income Taxes
- Updated to Tax Reform Act 1986
- Commercial and Investment Real Estate Analysis, 101
- Fundamentals of Creating a Real Estate Investment, 102
- Advanced Real Estate Taxation and marketing, 103
- Case Studies of Commercial and Investment Selling, 104
- Effective Communication for Selling Commercial Investment Real Estate, 105
- Condominium conversions, Sale Leaseback
- Computer Analysis and Applications for Real Estate Investments

TYPES OF PROPERTIES MANAGED AND LEASED:

| | |
|---|---|
| Downtown Office Buildings | Construction Management |
| Suburban Office Buildings | Apartment & Townhouse Projects |
| Shopping Centers and Malls | Condominium Associations |
| Single Family Homes | |

SCOPE OF APPRAISAL, BROKERAGE AND CONSULTING ASSIGNMENTS:

| | |
|---|---|
| Tax Certiorari Proceedings | Fair Market Rentals |
| Highest & Best Use Studies | Condemnation Actions |
| Feasibility Studies | Sidewalk & Roadway Easements |
| Valuation for Financing | Buyer, Seller Analysis |
| Investment Analysis Counseling | Employee Transfer Plans |
| Sale/Leaseback Transactions | Residential Surveys |
| Appraisal Review | Management Surveys |
| Syndication Analysis | Fractional Interests |
| Component Depreciation | Condominium Conversion Analysis |
| Adaptive Reuse Studies | Construction Conversion Analysis |
| Lease & Brokerage Negotiation | Tax Differed Exchange 1031 |

PROPERTY TYPES APPRAISED:

| | |
|---|---|
| Condominiums | Condemnations |
| Shopping Centers | Firehouses |
| Partial Interests | Manufacturing & Warehouse |
| Service Stations | Apartment/Townhouse Projects |
| Banks | Railroad Property |
| Hotels & Motels | Waterfront Property |
| Office Buildings | Restaurants |
| Housing for Elderly | Agricultural Properties |
| Nursing Homes | Easement |
| Proprietary Homes for Adults | Transitional Acreage |

MAI CERTIFICATION #6045
N.Y.S. CERTIFIED GENERAL REAL ESTATE APPRAISER #46000004874

# GALVIN REALTY GROUP, INC.

## PROFESSIONAL QUALIFICATIONS
of
**MEREDITH LEIGH SILVERMAN**
Vice-President

EDUCATION:

Rochester Institute of Technology – B.A. Degree Interior Design, Minor in Psychology

APPRAISAL INSTITUTE: 2014 - present

Basic Appraisal Principles
Basic Appraisal Procedures
National Uniform Standards of Professional Appraisal Practice (USPAP) 15 Hour
General Appraisal Income Approach/Part 1
General Appraisal Income Approach/Part 2
General Appraiser Sales Comparison Approach
Real Estate Finance, Statistics and Valuation Modeling
Standards and Ethics

TYPES OF PROPERTIES MANAGED AND LEASED:

| | |
|---|---|
| Downtown Office Buildings | Construction Management |
| Suburban Office Buildings | Apartment & Townhouse Projects |
| Shopping Centers and Malls | Condominium Associations |
| Single Family Homes | |

SCOPE OF APPRAISAL AND CONSULTING ASSIGNMENTS:

| | |
|---|---|
| Tax Certiorari Proceedings | Fair Market Rentals |
| Feasibility Studies | Valuation for Financing |
| Buyer, Seller Analysis | Investment Analysis |
| Counseling | Residential Surveys |
| Management Surveys | Lease & Brokerage Negotiation |

PROPERTY TYPES APPRAISED:

| | |
|---|---|
| Loft Buildings | Office Buildings |
| Manufacturing & Warehouse | Apartment/Townhouse Projects |
| Residential & Commercial Vacant Land | Multi-Purpose Commercial Buildings |

N.Y.S. CERTIFIED GENERAL REAL ESTATE BROKER #30GA1031677

# GALVIN REALTY GROUP, INC.

## PARTIAL CLIENT LIST

| | | |
|---|---|---|
| Ablest, Inc. | Hafner Associates | Perry, Debes, Looney & Crane |
| ADDECO | Hampton Inn | Pittsford Place Mall |
| Allens Creek Office Park | Heidleberg | Pizza Hut |
| American Images | Hess Oil | Price Waterhouse |
| Applicon | Holiday Inn Express | Providence Insurance |
| B.R. DeWitt | Home Leasing Properties | Prudential Insurance |
| Key Bank | Homewood Suites | R.C Shaheen Companies |
| Bausche & Lomb, Inc. | Horus Pharmaceutical | R.L. Day |
| Blockbuster Video | Hudson Hotels Corporation | Ramada Inn |
| Buckingham Properties | Hyatt Hotels | Resolution Trusst Corporation |
| Burger King | I. Gordon Companies | RG & E |
| Canandaigua National Bank | Information Associates | Ruggeri & May, Inc. |
| Chase Bank | Interim Health | Ryco Management |
| Chemical Bank | J. Walter Thompson Agency | S & H Motivations |
| Citibank | Kidney Foundation | Shell Oil |
| Cogent Testing | Kinkos | Sibley Real Estate |
| Comfort Inn | Laidlaw | Smith, Kline, Beecham |
| Comparato Properties | Landsman Companies | Staubs Cleaners |
| Computer Land | M&T Bank | Syms Department Store |
| Conifer Development | Manpower | T.T. Bearing Inc |
| Cooper-Vision | Manufacturers Hanover Bank | TAD Technical Services |
| Country Inn & Suites | Marine Midland Bank | Techniplex |
| Cross Keys Office Park | Marketplace Chrysler-Plymouth | The Bank Josephine |
| CVS Development | Marshalls, Inc. | Tops Markets |
| Danka | McCoonvile, Cooman et al | Travelers Insurance |
| Days Inn | Melles Griot Optical | Tucker Anthony |
| Dean Witter | Merrill Lynch | U.S. Fidelity & Guarantee |
| DiMarco Group | Metal Goods Division of Alcoa | Unipoly/Schlegel Corporation |
| Eastman Kodak | Micro House International | United States ATF |
| Edgewater Development | Morgan Management Properties | United States Secret Service |
| Empire Vision | Mutual of Omaha | Upstate Waterproofing |
| Eric Mower | Natapow Companies | University of Rochester |
| ESL Bank | Nationwide Insurance | Vandembergh Foods |
| Enright Computer Center | Nature Conservancy | VIP Structure |
| Essex Investment Group | Nesco Service Company | Visual Horizons |
| Farash Corporation | Niagara Assets Corp | Walgreen Development |
| Federal Express | Norry Companies | Wesley Nursing Home |
| First National Bank | Norstar Bank | Western Union International |
| Gannett Newspapers | Packetts Landing | Willowbrook Office Park |
| General Motors | Pagenet | Wilmot Companies |
| Genesee Cellular One | Paine Webber | WMF Huntoon Paige |
| Gleason Corporation | Paris, Kirwin | Woodman of the World |
| GMC Trucks | Perinton Hills Office Park | WXXI |
| Greisberger, Zicari, Hale | Perk Development | Xerox Corporation |