# Notice Recipients

District/Off: 0209−2  User: saetta  Date Created: 4/3/2018
Case: 2−18−20169−PRW  Form ID: pdforder  Total: 5

**Recipients of Notice of Electronic Filing:**
aty   Mike Krueger   mjk@dibblelaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Gates Community Chapel of Rochester, Inc.   PO Box 24   Lakemont, NY 14857
pr   Fletcher A. Brothers   PO Box 24   Lakemont, NY 14857
br   Galvin Realty Group, Inc.   339 East Ave., Suite 400   Rochester, NY 14604
smg   Office of the U.S. Trustee   100 State Street, Room 6090   Rochester, NY 14614

TOTAL: 4