UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

    Gates Community Chapel of Rochester, Inc.,     Case No. 18-20169-PRW
                                                  Chapter 11
                        Debtor.

---

## ORDER VACATING ORDER GRANTING
## APPLICATION TO EMPLOY GALVIN REALTY GROUP, INC.

**WHEREAS**, the Court issued an Order (ECF No. 44) granting the application to employ Galvin Realty Group, Inc. in error—as there is a pending objection to the application brought by the U.S. Trustee (ECF No. 40); it is hereby

**ORDERED**, that the Order granting the application to employ Galvin Realty Group, Inc. is **VACATED**, under Rule 59 FRCP and Rule 9023 FRBP.

**IT IS SO ORDERED.**

Dated: April 3, 2018
       Rochester, New York
                                                Hon. Paul R. Warren
                                                United States Bankruptcy Judge