**Fill in this information to identify the case:**

Debtor name  **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  **2-18-20169**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................. $  **8,996,900.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................. $  **817,496.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $  **9,814,396.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $  **1,184,403.49**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $  **2.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$  **1,756,408.83**

4.  **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b

$  **2,940,814.32**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Gates Community Chapel of Rochester, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **2-18-20169**

☑ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Elmira Savings Bank** | **Checking**☐ | 0346 | $25,619.00 |
| 3.2. | **Elmira Savings Bank** | **Checking**☐ | 0437 | $1,074.00 |
| 3.3. | **Community Bank** | **Checking**☐ | 9693 | $111.00 |
| 3.4. | **PayPal** | **Online** | | $1,551.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     **$28,355.00**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **300 Chickens; 32 Horses** | $0.00 | Debtor Estimate | $21,250.00 |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* **Gehl 4635 SX Skid Loader; Massey Ferguson 180 Tractor; Manure Spreader; Farming Tools and Implements** | $0.00 | Debtor Estimate | $24,500.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** **Farm grains & hay** | $0.00 | Debtor Estimate | $1,400.00 |
| 32. **Other farming and fishing-related property not already listed in Part 6** **20 Saddles** | $0.00 | Debtor Estimate | $2,000.00 |

| | | | |
|---|---|---|---|
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $49,150.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　☐ No
　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| | | | |
|---|---|---|---|
| ☐ Yes. Book value | Valuation method | Current Value | |

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **See attached list - Exhibit "A"** | $0.00 | Debtor Estimate | $497,150.00 |
| 40. **Office fixtures** <br> **See attached list - Exhibit "A"** | $0.00 | Debtor Estimate | See #39 above |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **See attached list - Exhibit "A"** | $0.00 | Debtor Estimate | See #39 above |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $497,150.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached list - Exhibit "B"** | $0.00 | Debtor Estimate | $140,839.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**

$140,839.00

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **127 East Fourth St., Watkins Glen, NY 14891**<br><br>**Church Building with Pipe Organ & Stained Glass (organ estimated to be worth $85,000, stained glass is irreplaceable and estimated to be worth over $100,000.)**<br><br>**Property Tax ID: 65.54-1-29**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | $0.00 | Tax records | $367,100.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 55.2. | **5275 NY Route 14, Lakemont, NY 14857**<br><br>**Main Campus 151.5 Acres with buildings; 1,167' Seneca Lake frontage**<br><br>**Property Tax ID: 121.02-1-58**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | $0.00 | Tax records | $6,500,000.00 |
|---|---|---|---|---|---|
| 55.3. | **6055 NY Route 14, Rock Stream, NY 14878**<br><br>**3.70 Acres with warehouse**<br><br>**Property Tax ID: 131.02-1-27**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | $0.00 | Tax records | $160,000.00 |
| 55.4. | **NY Route 14, Lakemont, NY 14857 (# 5171, #5181, #5252 Lakemont-Himrod Rd.)**<br><br>**5 Acres - runs between Rt. 14 & Lakemont-Himrod Rd.**<br><br>**House trailers located at 5171, 5181 & 5252 Lakemont-Himrod Rd.**<br><br>**Property Tax ID: 121.02-1-44**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | $0.00 | Tax records | $20,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.5. | **6053 NY Route 14, Rock Stream, NY 14878**<br><br>**1 Acre with single family house**<br><br>**Property Tax ID: 131.02-1-28**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | | $0.00 | Tax records | $95,000.00 |
| 55.6. | **4999 Lakemont-Himrod Rd., Lakemont, NY 14857**<br><br>**33.30 Acres with single family house**<br><br>**Property Tax ID: 121.02-1-24**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | | $0.00 | Tax records | $200,000.00 |
| 55.7. | **5065 Lakemont-Himrod Rd., Lakemont, NY 14857**<br><br>**> 1 Acre with single family house**<br><br>**Property Tax ID: 121.02-1-29**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | | $0.00 | Tax records | $38,500.00 |
| 55.8. | **6189 Old Lake Rd., Rock Stream, NY 14857**<br><br>**1 Acre with single family house**<br><br>**Property Tax ID: 131.04-1-12**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | | $0.00 | Tax records | $60,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.9. | **5612 NY Route 14, Lakemont, NY 14857**<br><br>**1.40 Acres with single family house**<br><br>**Property Tax ID: 128.04-1-2**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | $0.00 | Tax records | $130,000.00 |
| 55.10. | **586 Rock Stream Rd., Rock Stream, NY 14878**<br><br>**75.00 Acres with single family house**<br><br>**Property Tax ID: 131.01-1-16**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | $0.00 | Tax records | $366,300.00 |
| 55.11. | **625 & 638 Rock Stream Rd., Rock Stream, NY 14878**<br><br>**285.56 Acres Farm property with single family house**<br><br>**Property Tax ID: 130.04-1-9**<br><br>**Insured amounts on Exhibit "C"** | Fee simple | $0.00 | Tax records | $925,000.00 |
| 55.12. | **4 Elizabeth St., Dundee, NY 14837**<br><br>**Single Family Home (Ownership status to be determined)**<br><br>**Property Tax ID: 120.02-1-9**<br><br>**Insured amounts on Exhibit "C"** | TBD | $0.00 | Tax records | $85,000.00 |

| 55.13. | **711 South St.,**<br>**Himrod, NY 14842**<br><br>**Single Family Home**<br>**(Ownership status to**<br>**be determined)**<br><br>**Property Tax ID:**<br>**99.28-1-14**<br><br>**Insured amounts on**<br>**Exhibit "C"** | **TBD** | **$0.00** | **Tax records** | **$50,000.00** |
|---|---|---|---|---|---|

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

     **$8,996,900.00**

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites**<br>   **https://www.freedomvillageusa.com** | **$0.00** | **Debtor Estimate** | **$1,000.00** |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations**<br>   **Mailing list, including names and addresses** | **$0.00** | **Debtor Estimate** | **$1,000.00** |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill**<br>   **Goodwill** | **$0.00** | **Debtor Estimate** | **$100,000.00** |

**66.**    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

     **$102,000.00**

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     - ☑ No
     - ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     - ☑ No
     - ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No.  Go to Part 12.
    - ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
     **Hazard, liability, automobile, worker compensation,**
     **unemployment**                                                              $1.00

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     **Possible claims to be investigated**                                        $1.00

     | Nature of claim |  |
     | --- | --- |
     | Amount requested | **$0.00** |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                         $2.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     - ☑ No
     - ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,355.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $49,150.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $497,150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $140,839.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $8,996,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $102,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $817,496.00 | + 91b. $8,996,900.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,814,396.00 |

Exhibit A

Exhibit A

Exhibit A

DOCUMENT SEPARATOR PAGE

Exhibit A

Exhibit A

Exhibit A

Exhibit A

**Name** Helen Denker

**Department** Procurement & EQuine Office Rm. 104

| # of | Item Description |
|------|------------------|
| 1 | 5 ft Metal desk -1 middle draw. 2 side draws |
| 1 | 5 ft Metal desk -1 middle draw - 4 side draws |
| 1 | 36 in wood metal computer desk |
| 1 | Samsung SyncMaster 900 I24 computer |
| 2 | speakers computer |
| 1 | Tower Computer |
| 1 | HP Deskjet 1100 Printer |
| 1 | 40 in metal table |
| 1 | 5 ft Metal Cabinet 4 draws 1 center compartment |
| 2 | Folding metal chairs -leather cushions |
| 1 | Multi functional blue Computer chair |
| 1 | Cloth desk chair |
| 1 | Comidal Phone |
| 9 | Pictures . |
| 1 | Mouse For computer |
| | |
| | |
| | |
| | $ 1200.00 |
| | |

Name Helen Denker          Rm. 103

Department Procurement & Equine Office

| # of | Item Description |
|------|------------------|
| 1 | 48 inch table wood & metal |
| 1 | 32 inch table wood |
| 1 | 5 ft. Metal Desk - 5 drawer 1 center desk |
| 1 | 5 ft. Metal cabinet - 4 desks 1 center compartment |
| 1 | 3 ft. Cork board |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | 900.00 |
| | |
| | |

Name *Michelle Wead*

Department
*Jeremy's, Michelle's + Pastor's Office*

| # of | Item Description |
|------|------------------|
| 3 | Desks |
| 5 | Filing Cabinets   Metal 3 Drawer |
| 1 | Filing Cabinet    Wooden 2 Drawer |
| 1 | Computer Screen |
| 4 | Computers |
| 3 | Printers |
| 1 | Fax, Scan, Copy Printer |
| 2 | Filing Cabinet    Metal 2 Drawer |
| 4 | Office Chairs |
|   | Conference Table + Chairs |
| 1 | small fridge |
| 1 | computer |
| 1 | desk |
| 1 | chair |
| 1 | filing cabinet - 2 drawer wooden |
|   | |
|   | |
|   | |
|   | 4500.00 |
|   | |

**Chapel Area:**

19 Pews
9 Chairs (Red)
3 chairs behind pulpit
Pulpit + front low pulpit
Piano + ~~drawers~~
3 plants
4 Blue curtains behind pulpit
Keyboard + Stand
Screen + Stand
Cross
American Flag
Christian Flag
3 large speakers
72 Hymnals
Projector
Side table (brown) by Keyboard
Dry Erase board + Easel.
Glass Pulpit

6200

**Sound Equipment -**

TV
Monitor
Microphones
Sound board?

120,000

**Coffee Room:**

Couch + matching
2 Loveseats
Blue chair
Book case
Coffee Cart
Coffee maker
Clock
Side table w/ lamp
air card. timer
6 throw pillows
Lamp

1200.00

**Back Sewing Room:**

20 sewing machines - old
desk
Bookcase
2 Filing cabinets of fabrics
Button jar
Plastic Bins w/ threads

800.00

**Front Sewing Room:**

Christmas Decorations
5 sewing tables
1 Red chair

1300.00

Nurse's office
from Angie S

February 19, 2018
Exam room #1, 1 exam table
                1 storage cabinet
                1 cubby - 2 shelves
                1 stool
                1 pt chair
                1 doctor chair
Exam room #2, 1 exam table
                1 table (like an end table)
                1 supply cabinet
                1 exam lamp
                1 pt chair
                1 doctor chair
In hall - 1 attached doctor desk
          2 bar stools
          1 chair
          1 cabinet, glass doors on top, metal doors
          on bottom
File office   10 tall file cabinets
              2 med. file cabinet
              1 small file cabinet
              4 box files
Nurses office - 1 desk
                2 attached desks
                1 small file cabinet
                1 small rolling table
                1 stool                    over

12,000

2 chairs c̄ wheels
1 chair?
1 sm file cabinet
1 sm end table
1 hight/weight scale
1 floor scale

Waiting area?
6 chairs
1 end table
1 lamp

in doc hall - 1 table c̄ micro ~~wave~~ wave on top
1 dorm fridge

Med room
1 wooden desk
1 cabinet.

Boy's Learning Ctr.

26 – DELL LATITUDE D30 COMPUTERS

4- GTX COMPUTER MONITERS

1-HP

2- CIRCULAR 5' WOODEN TABLES

3- 6' RECTANGULAR WOODEN TABLES

2- 8' PLASTIC RECTANGULAR TABLES

31- ATTACHED WOODEN CUBICLES

23- CHAIR DESK COMBO'S

32 – GREY PADDED OFFICE CHAIRS

174- BLUE PADDED OFFICE CHAIRS

- 1- STAINLESS STEEL COMPUTER CABINENT
- 2- ALUMINUM FILING CABINENTS
- 1- STEEL SHELVING UNIT
- 1- HP LASER JET 1112 COLOR PRINTER
- 1- US MAP LAMINATED
- 1- PERIODIC TABLE OF ELEMENTS

Boy's Dorm.

24 dressers

30 beds

17 Wardrobes.

9 Couches

2 desks

2 Office Chairs

140,000

Girls Dorm:

~~Single beds~~
~~Bunk beds~~
~~Dressers~~
~~Wardrobes~~

Girls Dorm office:
Filing Cabinet
Desk
Computer
Small fridge

Couches - 6
Chairs - ~~NN NNN NN NN NN NN III~~ 33

single beds: NN NN NN NN I = 21
bunk beds: NN II          6
dressers: NN NN NN NN NN   25
Wardrobes: NN II          7

2 sofa chairs -           2

110,000

Cafeteria / Kitchen

| | |
|---|---|
| 12 cafeteria/picnic style tables | $9600 |
| Misc. kitchen tools & equipment | $12,500 |
| Free standing cooler | $4,500 |
| Confection oven | $6,000 |
| Propane stove with grill | $24,000 |

*56,600.* (handwritten)

Main Building

Office furniture / equipment

| | |
|---|---|
| 14 desks | 7,280.00 |
| 14 office chairs | 2450.00 |
| 2 full size sofas | 2400.00 |
| 4 two seat sofas | 1800.00 |
| 2 chairs | $150.00 |
| 20 chairs – various | 600.00 |
| Copier – Xerox | $22,000 |
| Copier – Xerox | $700.00 |
| 8 Dell Computers | $4,000.00 |
| 4 Air conditioners | $1,070.00 |

*42,450.* (handwritten)

Exhibit B

Exhibit B

Exhibit B

DOCUMENT SEPARATOR PAGE

Exhibit B

Exhibit B

Exhibit B

Exhibit B

| | YEAR | MAKE/MODEL | VIN |
|---|---|---|---|
| $/000.~ | 1992 | FORD, F150 | 1FTEF14Y4NNA10101 |
| $1056.~ | ~~2006~~ 2000 | ~~FORD, F150~~ FORD F250 | ~~1FTEF15N1TLA16564~~ replaced 1FT5WZ1P36EB77166 |
| $950. | 1997 | FORD, F350 | 1FTJX35F4VEC86282 |
| $5,000.~ | 1985 | FORD, F8000 | 1FDYK87UOFVA49968 |
| $2,145. | 2001 | FORD, F350 | 1FDWF36F61ED73601 |
| $2,000.~ | ~~1997~~ 2000 | ~~FORD, F350~~ FORD F150 | ~~1FTJW35F6VEB36113~~ replaced 1F7RF18WZYNA59616 |
| $1846.00 | 2008 | FORD, F250 | 1FTSW21Y48EC07660 |
| | ~~2006~~ | ~~FORD, F150~~ | ~~1FTPX14576NB57509~~ Sold 01/17 |
| $1603.00 | 2007 | FORD, F150 | 1FTPX14507PA27955 |
| $4,536.~ | 2011 | FORD, E350 | 1FBSS3BL2BDA11853 |
| $493. | 2007 | FORD, TAURUS | 1FAFP53U67A214213 |
| $1056.~ | 2006 | FORD, F250 | 1FTSVV21P46EB97426 |
| $567.~ | 2007 | FORD, FOCUS | 1FAFP34N97VV212437 |
| $2,145.~ | ~~2002~~ 2001 | ~~DODGE, RAM, B3500~~ DODGE RAM WAGON | ~~2B5VV835Z22K135603~~ replaced 2B6WB35V61K534075 |
| $537. | 1999 | DODGE, RAM, B3500 | 2B5VVB35Z9XK566270 |
| $63,857.~ | 2016 | CHEVY, SUBURBAN | 1GNSKJKC2GR180708 ← |
| | ~~2007~~ | ~~CHEVY, SUBURBAN~~ | ~~1GNFK16387J313613~~ replaced by |
| $1782. | 2002 | CHEVY, G3500 | 1GAHG39G621152502 |
| $4317. | 2004 | GMC, SIERRA | 2GTEC13TX41303824 |
| $2104. | 2006 | GMC, YUKON | 1GKEK13T16J110073 |
| | ~~1999~~ | ~~OLDS, SILHOUETTE~~ | ~~1GHDX03E3XD249541~~ Junked |
| | ~~2002~~ | ~~INTERNATIONAL, 4300~~ | ~~1HTMMAAL62H528962~~ Junked |
| $1,500. | 1996 | NTTRL, 1500 | 1MDDEBN1OTG775996 |
| $2,199. | 2003 | CARMATE TRAILER | 5A3C510S53L001497 |
| 16,000.~ | 2007 | CALIC TRAILER | 4GAHC242571000217 |
| 16,000.~ | 2008 | CALIC TRAILER | 1GAHC262881000971 |
| 2,000. | 1996 | DIAMOND TRAILER | 4EYSG1620T1214717 |
| 4,000. | 2008 | TRAIL TRAILER | 29SH726258P031016 |

Exhibit C

Exhibit C

Exhibit C

# DOCUMENT SEPARATOR PAGE

Exhibit C

Exhibit C

Exhibit C

Exhibit C

| Location / Description | Building | Contents |
|---|---:|---:|
| **5275 Rte 14 Lakemont** | | |
| Main Office Building | 1,600,000 | 250,000 |
| Chapel/Cafeteria/Snack Shop | 1,300,000 | 125,000 |
| Boy's Dorm | 1,600,000 | 40,000 |
| Girl's Dorm | 504,000 | 40,000 |
| TV Studio | 336,000 | 150,000 |
| Metal/Auto Building | 315,000 | 80,000 |
| Ruth House | 180,000 | 0 |
| Pastor's Old House | 216,000 | 0 |
| Light blue dblwide | 132,000 | 0 |
| Cabin in the woods | 114,000 | 0 |
| Horse Arena | 780,000 | 0 |
| Green House | 138,000 | 0 |
| Old Storage Garage | 36,000 | 0 |
| Tack Building | 22,000 | 0 |
| Girl's Horsebarn | 134,000 | 0 |
| | | - |
| **6053 Route 14 Rock Stream** | | |
| Eagle Printing Bldg used for storage | 96,000 | 30,000 |
| White House | 118,000 | 0 |
| | | |
| **6055 Route 14 Rock Stream** | | |
| Warehouse | 86,000 | 20,000 |
| | | |
| **4999 Lakemont-Himrod Rd Lakemont** | | |
| White house | 180,000 | 0 |
| | | |
| **5065 Lakemont-Himrod Rd Lakemont** | | |
| Red House | 144,000 | 0 |
| | | |
| **5171 Lakemont-Hirod Rd Lakemont** | | |
| Yellow Dblwide | 144,000 | 0 |
| | | |
| **5181 Lakemont-Himrod Rd Lakemont** | | |
| Yellow Dblwide | 168,000 | 0 |
| | | |
| **5252 Lakemont-Himrod Rd Lakemont** | | |
| Cream dblwide | 150,000 | 0 |
| | | |
| **6189 Old Lake Rd Rock Stream** | | |
| Grey dblewide | 120,000 | 0 |
| 2 Car garage | 23,000 | 0 |
| | | |
| **5612 Rte 14 Dundee** | | |
| Grey 2 story house | 120,000 | 0 |

| Location / Description | Building | Contents |
|---|---:|---:|
| **625 Rock Stream Rd** | | |
| Lean-to | 27,000 | 0 |
| Farm House | 240,000 | 0 |
| Small Garage | 50,000 | 0 |
| | | |
| **586 Rock Stream Rd Rock Stream** | | |
| 2 Story House | 252,000 | 0 |
| | | |
| **127 East 4th St  Watkins Glen** | | |
| Church | 1,100,000 | 50,000 |
| | | |
| **4 Elizabeth St., Dundee** | | |
| Single family house | 160,000 | |
| | | |
| **711 South St., Himrod** | | |
| Single family house | 222,000 | |