UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

    Gates Community Chapel of Rochester, Inc.,

                   Debtor.

NOTICE OF APPEARANCE

Chapter 11

Case No. 18-20169-PRW

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears on behalf of Lawrence T. O'Reilly and Thomas J. O'Reilly, in the above-captioned Chapter 11 matter, and demands that all correspondence and documents be served upon the undersigned at the e-mail address and mailing address indicated below.

Dated: April 18, 2018
       Rochester, New York

UNDERBERG & KESSLER LLP

By: _____
David M. Tang, Esq.
*Attorneys for Lawrence T. O'Reilly*
  *and Thomas J. O'Reilly*
300 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 258-2800
E-mail: dtang@underbergkessler.com